IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Shannon M. Provenzano and Doris W. ("Dot") Kastanes, | ) ) ) | C/A No.: 3:11-2447-MBS-SVH |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| RTG Furniture Corp. of Georgia, | ) ) ) | |
| Defendant. | ) ) | |

This matter comes before the court on the motion [Entry #30] of Defendant to compel Plaintiffs to produce documents responsive to its Second Sets of Interrogatories and Second Sets of Requests for Production served August 15, 2012. Defendant attached copies of the discovery requests to the motion to compel. The motion indicates that the discovery requests were duly served and that full and complete responses have not been made within the time prescribed by the Federal Rules of Civil Procedure. Defendant reports that Plaintiffs have not answered or responded to the discovery requests. Consequently, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4).

In light of the foregoing, the court grants the motion to compel. Plaintiff is directed to provide responses to the discovery request by October 16, 2012.

IT IS SO ORDERED.

*Shiva V. Hodges*

October 9, 2012  Shiva V. Hodges
Columbia, South Carolina  United States Magistrate Judge